IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC BATES, et al.,

           Plaintiffs,

    v.

UNITED PARCEL SERVICE, INC.,

           Defendant.

NO. C99-2216 TEH

<u>ORDER DESIGNATING CASE FOR ELECTRONIC CASE FILING</u>

    This case is hereby designated for the Court's Electronic Case Filing ("ECF") program. Pursuant to General Order 45, each attorney of record is obligated to become an ECF user and be assigned a user ID and password for access to the ECF system. From this date forward, all documents required to be filed with the Clerk shall be filed electronically via the ECF website, except as provided in section VII of General Order 45 or otherwise authorized by the Court.

    General Order 45 and other applicable instructions may be found online at the ECF website, https://ecf.cand.uscourts.gov/cand/index.html. Counsel should pay particular attention to the requirements in General Order 45 regarding the submission of chambers copies (section VI.G) and proposed orders (section VIII).

**IT IS SO ORDERED.**

DATED  11/14/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT