DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS, SBN 122336
2001 Center St., Fourth Floor
Berkeley, CA. 94704
Telephone:    (510) 665-8644
Fax:          (510) 665-8511
TTY:          (510) 665-8716

SCHNEIDER AND WALLACE
TODD SCHNEIDER
180 Montgomery Street, Suite 2000
San Francisco, CA. 94104
Telephone:    (415) 421-7100
Fax:          (415) 421-7105
TTY:          (415) 421-1655

Attorneys for Plaintiffs

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER J. MARTIN, SBN 82456
MARK A. PERRY, SBN 212532
RACHEL S. BRASS, SBN 219301
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BATES, BERT ENOS, BABARANTI OLOYEDE, ERIC BUMBALA, and EDWARD WILLIAMS on behalf of themselves, and on behalf of all other similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>UNITED PARCEL SERVICE, INC. (d.b.a. UPS),<br><br>Defendant. | CASE NO. C-992216 (TEH)<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ CASE MANAGEMENT ORDER**<br><br>Date: March 24, 2008<br>Time: 1:30 p.m.<br>Courtroom: 12<br>Judge: The Honorable Thelton E. Henderson |

On January 22, 2008, this matter was remanded to this Court from the Ninth Circuit. On January 30, 2008, this Court scheduled a Case Management Conference in the above captioned matter for March 24, 2008, and ordered the parties to submit a joint case management conference statement seven days prior to the Case Management Conference.

Following the Ninth Circuit's remand order, the parties engaged in discussions, including a lengthy in-person meeting, to address the possible resolution of this matter without further judicial intervention. Based on those discussions, the parties are of the view that a negotiated resolution of this matter may be possible. To further explore that possibility, the parties have agreed to engage a mediator and, subject to the Court's approval, to stay further litigation pending that mediation and further settlement discussions. Discussions to identify and retain the mediator are in process.

Thus, in order to facilitate the resolution of the above captioned matter,

(i) The Case Management Conference scheduled for **March 24, 2008** is taken off calendar.

(ii) A new Case Management Conference is set for approximately three (3) months later.(iii) This Order supersedes the Clerk's Notice Scheduling Case Management Conference dated and filed January 30, 2008.

**IT IS SO STIPULATED.**

DATED: March 17, 2008

DISABILITY RIGHTS ADVOCATES

By _____
Laurence W. Paradis
Attorneys for Plaintiffs

DATED: March 17, 2008

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER J. MARTIN
MARK A. PERRY
RACHEL S. BRASS

By: _____
Christopher J. Martin

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

2

**IT IS SO ORDERED.**

**The Case Management Conference set for March 24, 2008 is taken off calendar.   A new Case Management Conference is set for** <u>June 30 at 1:30 PM</u>**, 2008.   The parties shall file a Joint Case Management Conference Statement 7 calendar days before this new Conference date.**

DATED: _____<u>03/19</u>____, 2008



Honorable Thelton E. Henderson
United States District Court

Judge Thelton E. Henderson

100407392_1.DOC