LAURENCE W. PARADIS (SBN 122336)
KEVIN KNESTRICK (SBN 229620)
KATRINA CORBIT (SBN 237931)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Fourth Floor
Berkeley, CA 94704

TODD M. SCHNEIDER (No. 158253)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1655

Attorneys for Plaintiffs

CHRISTOPHER J. MARTIN, SBN 082456
MARK A. PERRY (SBN 212532)
RACHEL S. BRASS (SBN 219301)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104-4505
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ERIC BATES, BERT ENOS, BABARANTI OLOYEDE, ERIC BUMBALA, and EDWARD WILLIAMS on behalf of themselves, and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITED PARCEL SERVICE, INC. (d.b.a. UPS)

Defendant.

Case No. C 99-2216 TEH

**JOINT STIPULATION AND [REDACTED] CASE MANAGEMENT ORDER**

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

On March 19, 2008, the parties filed a stipulation informing the Court that the parties had engaged in discussions, including a lengthy in-person meeting, to address possible resolution of this matter without further judicial intervention. The parties informed the Court that had agreed to retain a mediator and attend mediation. The parties requested a stay of litigation pending that mediation and the Court granted the request, taking the March 24, 2008 Case Management Conference off calendar and rescheduling a Case Management Conference for June 30, 2008. Under the current schedule the parties are required to submit a Joint Case Management Conference Statement by June 23, 2008.

The parties have retained Antonio Piazza of Gregorio, Haldeman, Piazza, Rotman, Frank & Feder for a two day mediation scheduled for June 24, and June 25, 2008.

In order to allow the parties to focus their attention on the resolution of this matter, the parties respectfully request that the Court vacate the June 30, 2008 Case Management Conference and reset a new Case Management Conference for July 14, 2008 or July 28, 2008 or as soon thereafter as the Court's schedule permits, with an updated Case Management Conference Statement due seven days prior to the Conference.

**IT IS SO STIPULATED.**

DATED: May 6, 2008

DISABILITY RIGHTS ADVOCATES

By: [signature]

Laurence W. Paradis
Attorneys for Plaintiffs

DATED: May 6, 2008

GIBSON DUNN & CRUTCHER

By: [signature]

Christopher J. Martin
Attorneys for Defendant
UNITED PARCEL SERVICE

**IT IS SO ORDERED.**

The Case Management Conference scheduled for June 30, 2008 is taken off calendar. A new Case Management Conference is scheduled for _____________, 2008. The parties shall file a Joint Case Management Conference Statement 7 days before this new Conference date.

DATED: May 6, 2008

Honorable Thelton E. Henderson
United States District Court

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Bates et. al. v. United Parcel Service, Inc.*, Case No.: C-99-216
JOINT STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER

2