DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS, SBN 122336
KEVIN KNESTRICK, SBN 229620
KATRINA CORBIT, SBN 237931
2001 Center St., Fourth Floor
Berkeley, CA.  94704
Telephone:    (510) 665-8644
Fax:              (510) 665-8511
TTY:            (510) 665-8716

SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
TODD SCHNEIDER, SBN 158253
180 Montgomery Street, Suite 2000
San Francisco, CA.  94104
Telephone:    (415) 421-7100
Fax:              (415) 421-7105
TTY:            (415) 421-1655

Attorneys for Plaintiffs

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER J. MARTIN, SBN 82456
MARK A. PERRY, SBN 212532
RACHEL S. BRASS, SBN 219301
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BATES, BERT ENOS, BABARANTI OLOYEDE, ERIC BUMBALA, and EDWARD WILLIAMS on behalf of themselves, and on behalf of all other similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>UNITED PARCEL SERVICE, INC. (d.b.a. UPS),<br><br>Defendant. | CASE NO. C-992216 (TEH)<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Date:  December 8, 2008<br>Time:  1:30 p.m.<br>Courtroom:  12<br>Judge:  The Honorable Thelton E. Henderson |

On January 22, 2008, this matter was remanded to this Court from the Ninth Circuit.  On January 30, 2008, this Court scheduled a Case Management Conference in the above captioned matter for March 24, 2008, and ordered the parties to submit a joint case management conference statement seven days prior to the Case Management Conference.  That case management conference was continued to afford the parties time to explore settlement.

On July 21, 2008, the parties submitted a joint case management statement updating the Court on the status of their settlement negotiations.  At that time, the Case Management Conference was again continued to afford the parties time to explore settlement.

Since the Ninth Circuit's remand order, the parties have engaged in settlement discussions, including a lengthy in-person meeting and a two-day mediation with mediator Tony Piazza.  The parties are hopeful of reaching a negotiated resolution of this lawsuit.  The parties have made significant progress on key issues, but additional issues remain unresolved.  Mediation efforts with Mr. Piazza are continuing as are direct settlement discussions.

The parties incorporate by reference the description of the case contained in the July 21, 2008 Joint Case Management Conference Statement.

Since that submission, the parties' settlement discussions have continued.  The parties have agreed on many key terms.  Among other things, the parties agreed to involve (Retired) Justice Edward Panelli in seeking to resolve the injunctive relief issue.  The remaining issues concern damages, fees, and releases.  The parties have agreed to a meeting of counsel in early December to further negotiate the remaining issues and an in-person meeting at which a UPS client representative is expected to be present on Friday, December 19, 2008, for purposes of hopefully finalizing the terms of a settlement agreement.  That December 19 meeting will take place simultaneously with a session scheduled with (Retired) Justice Edward Panelli that hopefully will resolve the injunctive relief issue.  The parties are hopeful that they will reach a full negotiated resolution of this litigation in the December 19, 2008 meeting.

Thus, in order to facilitate the resolution of the above captioned matter, the parties respectfully jointly request that:

1

- The Case Management Conference scheduled for **December 8, 2008** be taken off calendar.

- A new Case Management Conference be set for approximately (**60**) days later (*i.e.* **February 2, 2008**);

The parties further agree to the following interim dates:

- Finalize Settlement Agreement: **December 19, 2008**

- Motion for Preliminary Approval Filed: **January 12, 2009**

- Hearing on Motion for Preliminary Approval: **February 2, 2009**

- New Case Management Conference:  If the parties fail to finalize a settlement, the parties will appear for a Case Management Conference **February 2, 2008** and file a Joint Case Management Statement no fewer than **7 (seven)** days prior to that Conference.

Respectfully submitted,

DATED:  December 1, 2008                    DISABILITY RIGHTS ADVOCATES
                                            LAURENCE W. PARADIS


                                            By:___s/Laurence W. Paradis_____
                                                    Laurence W. Paradis

                                            SCHNEIDER WALLACE COTTRELL BRAYTON
                                            KONECKY LLP
                                            TODD SCHNEIDER

                                            *Attorneys for Plaintiffs*


DATED:  December 1, 2008                    GIBSON, DUNN & CRUTCHER LLP
                                            CHRISTOPHER J. MARTIN
                                            MARK A. PERRY
                                            RACHEL S. BRASS


                                            By:___s/Christopher J. Martin_____
                                                    Christopher J. Martin

                                            *Attorneys for Defendant*
                                            UNITED PARCEL SERVICE, INC.

**IT IS SO ORDERED.**

     1.    The Case Management Conference scheduled for **December 8, 2008** is taken off calendar.

2.      A new Case Management Conference is scheduled for **February 2, 2009**.  The parties shall file a Joint Case Management Conference Statement **7 days** before this new Conference date if the case has not settled.

3.      If the parties file a Joint Motion for Preliminary Approval of a Settlement Agreement on January 12, 2009, the Court will hold a hearing on the motion on **February 2, 2009.**

DATED: _____12/02_____, 2008

_____
The Honorable Thelton E. Henderson
United States District Court



100481018_1.DOC

---

3