IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC BATES, et al.,

               Plaintiffs,

    v.

UNITED PARCEL SERVICE, INC.,

               Defendant.

NO. C99-2216 TEH

ORDER REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT

      The Court has been informed that the parties have settled their remaining disputes with the assistance of the Honorable Jeremy Fogel. The parties shall be prepared to discuss a schedule for all necessary further proceedings in this case at the May 4, 2009 case management conference. In addition, the parties shall meet and confer and file a joint case management conference statement on or before **April 29, 2009.**

**IT IS SO ORDERED.**

Dated: 04/23/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT