UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BATES, BERT ENOS, BABARANTI OLOYEDE, ERIC BUMBALA, and EDWARD WILLIAMS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE, Inc.<br><br>Defendant. | Case No. C 99-2216 TEH<br><br>[proposed] ORDER SHORTENING TIME FOR THE HEARING ON THE PARTIES' JOINT MOTION REQUESTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF ATTORNEY FEE AWARD<br><br>Judge: Hon. Thelton E. Henderson<br>Date:<br>Time:<br>Place: Courtroom 12, 19th Floor |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/9/10   _____



THE
UNITED STATES DISTRICT COURT

DENIED
Judge Thelton E. Henderson