1  Laurence W. Paradis (SBN 122336) Christopher J. Martin (SBN 82456)
 Kevin Knestrick (SBN 229620) Rachel S. Brass (SBN 219301)
2  DISABILITY RIGHTS ADVOCATES GIBSON, DUNN & CRUTCHER LLP
 2001 Center Street 555 Mission Street, Suite 3000
3  Berkeley, CA  94704 San Francisco, CA 94105
 Telephone: (510) 665-8644 Telephone: (415) 393-8293
4  Facsimile: (510) 665-8511 Facsimile: (415) 374-8429
 TTY: (510) 665-8716
5   Attorneys for Defendant
 Todd M. Schneider (SBN 158253) UNITED PARCEL SERVICE, INC.
6  Joshua Konecky (SBN 182897)
 SCHNEIDER WALLACE COTTRELL
7  BRAYTON KONECKY LLP
 180 Montgomery Street, Suite 2000
8  San Francisco, CA  94109
 Telephone: (415) 440-3440
9  Fax: (415) 440-3640

10  Attorneys for Plaintiffs and the Class

11

   UNITED STATES DISTRICT COURT
12
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14

15  ERIC BATES, BERT ENOS, BABARANTI Case No. C 99-2216 TEH
 OLOYEDE, ERIC BUMBALA, and
16  EDWARD WILLIAMS on behalf of **STIPULATION REQUESTING**
 themselves and all others similarly situated, **OPPORTUNITY FOR OBJECTOR TO**
17   **APPEAR BY TELEPHONE AT FINAL**
  Plaintiffs, **APPROVAL HEARING**
18
  v.
19   Judge: Hon. Thelton E. Henderson
 UNITED PARCEL SERVICE, Inc. Date: December 13, 2010
20   Time: 10:00 a.m.
  Defendant. Place: Courtroom 2
21

22

23

24

25

26

27

28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

<div style="writing-mode: vertical">
DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644
</div>

1  **STIPULATION**

2   The parties have submitted a joint motion requesting final approval of their settlement in

3  this case.  The hearing on the motion is scheduled for December 13, 2010 at 10:00 a.m.  Class

4  member John Michael Mays submitted a timely objection to the settlement.  Mr. Mays would

5  like the opportunity to voice his objection.  Because Mr. Mays lives in Lexington, Kentucky,

6  class counsel offered to request that the Court permit Mr. Mays to appear at the final approval

7  hearing by telephone so that Mr. Mays would not incur the time and expense of traveling to

8  California.  The parties propose that at the time of the hearing and upon the Court's direction, the

9  Court permit Mr. Mays to call the courtroom to voice his objection.  Class counsel proposes to

10  call Mr. Mays at the appropriate time to let him know when to call the courtroom.

11   WHEREAS, the parties have agreed that Mr. Mays may appear at the final approval

12  hearing by telephone and jointly request that the Court permit him to do so.

13  **IT IS SO STIPULATED.**

14  Respectfully submitted,

15

16

17  DISABILITY RIGHTS ADVOCATES       GIBSON, DUNN & CRUTCHER LLP

18

19  By: _____/s/_____      By: _____/s/_____
       Laurence W. Paradis                    Christopher J. Martin
20     Attorneys for Plaintiffs and the Class   Attorneys for United Parcel Service, Inc.

21

22  Dated:  December 7, 2010          Dated:  December 7, 2010

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24    **Dated:** __12/9/10_____      _____

25                        **THELTON**

26                        **UNITED** _ _ _ _ **DISTRICT COURT**

27

28

---

*Bates et al., v. United Parcel Service, Inc.* **Case No.: C99-2216 TEH**
**Stipulation**

1